[Nos. 8366-7-III; 8367-5-III; Division Three. February 2, 1988.]
8368-3-III.

THE STATE OF WASHINGTON, *Petitioner,* v. BRADY HARGRAVES, *Respondent.*

THE STATE OF WASHINGTON, *Petitioner,* v. JEFFREY
AUSTIN, *Respondent.*

THE STATE OF WASHINGTON, *Petitioner,* v. BRADLEY
SAPPENFIELD, *Respondent.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 86-1-00342-3, 86-1-00343-1, 86-1-00403-9, Howard Hettinger, J., entered January 15, 1987. *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.